UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

VALERIE FLORES,

            Plaintiff,

      -v-                                      1:25-CV-1833 (AJB/MJK)

CORY LETTMAN *et al.*,

            Defendants.
_____

**APPEARANCES:**　　　　　　　　　　　　　　**OF COUNSEL:**

VALERIE FLORES
Plaintiff, Pro Se
P.O. Box 1110, ACP 5749
Albany, NY 12201

**Hon. Anthony Brindisi, U.S. District Judge:**

## ORDER ON REPORT & RECOMMENDATION

    On December 31, 2025, *pro se* plaintiff Valerie Flores filed this civil action alleging that defendants violated her rights. Dkt. No. 1. Along with her complaint, plaintiff moved for leave to proceed *in forma pauperis* ("IFP Application"). Dkt. No. 2.

    On January 13, 2026, U.S. Magistrate Judge Mitchell J. Katz granted plaintiff's IFP Application and, after conducting an initial review, advised by Report & Recommendation ("R&R") that plaintiff's complaint be dismissed with leave to amend. Dkt. No. 5.

    Plaintiff has not lodged objections. Upon review for clear error, the R&R is accepted and will be adopted. *See* FED. R. CIV. P. 72(b).

    Therefore, it is

    ORDERED that

- 2 -

1. The Report & Recommendation (Dkt. No. 5) is ACCEPTED;

2. Plaintiff's complaint is DISMISSED with leave to amend;

3. Plaintiff shall have THIRTY DAYS from the date of this Order in which to submit an amended complaint in accordance with the instructions set forth in the R&R;

4. If plaintiff timely submits an amended complaint, the Clerk is directed to REFER this matter to Judge Katz for further review; and

5. If plaintiff does not timely submit an amended complaint, the Clerk is directed to close this action without further Order of the Court.

The Clerk of the Court is directed to terminate the pending motion and set the appropriate deadlines.

**IT IS SO ORDERED.**

Dated: February 9, 2026
      Utica, New York.

Anthony J. Brindisi
U.S. District Judge